IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW KEITH ALWARD, | : | No. 3:24cv1204 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| WARDEN JEFFREY GREENE, *et al.*, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, to wit, this 23rd day of September 2024, upon preliminary review of plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The complaint (Doc. 1) is **DISMISSED** with prejudice.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order is deemed frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court